UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:17-cr-274-EJL |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| ANNA DELAGARZA, et. al, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The Court has before it Defendant's Motion to Continue Trial. (Dkt. 23.) The Defendant indicates a continuance of at least sixty (60) days is necessary to allow time to review discovery, assist in plea negotiations and prepare for trial. The Government has indicated they do not oppose the Motion to Continue.

Based on these circumstances, the Court finds, pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice are best served by granting the requested continuance and outweigh the interests of the public and the defendants in having the matter brought to trial sooner. The Court further finds, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), that the failure to grant this continuance would deny the defendant the reasonable time necessary for effective preparation for trial. For these reasons the Court will grant the continuance.

The Court has reviewed the charges against the Defendants and concludes that it is in the interests of justice that all the Defendants be tried together.[1] Therefore, the Court

---

[1] The Defendant and a co-Defendant are each charged with counts of Distribution on Methamphetamine, Possession with Intent to Distribute Methamphetamine, and both Defendants are charged with Conspiracy to Distribute Methamphetamine. (Dkt. 1.)

**ORDER RESETTING JURY TRIAL - 1**

will continue the date of trial for all Defendants pursuant to 18 U.S.C. § 3161(h)(6). The time period from the time of the filing of the Defendant's Motion until the rescheduled trial date is deemed excludable as to all Defendants. 18 U.S.C. §§ 3161(h)(6) and (7)(A).

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Defendant's Motion to Continue (Dkt. 23) is **GRANTED**. The current trial date as to all Defendants is **VACATED AND RESET** for **Tuesday, February 20, 2018 at 9:30 a.m.** at the Federal Courthouse in Boise, Idaho.

IT IS FURHTER ORDERED that the period of time between the filing of the Motion to Continue and the new trial date be deemed **EXCLUDABLE TIME** under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(6) and (7)(A).

IT IS FURHTER ORDERED that all pre-trial motions shall be filed forty-five days prior to trial.

DATED: November 30, 2017

Honorable Edward J. Lodge
United States District Court